# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| John Doe**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00102-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Tonya Williams-Wallace | ) | |
| Internal Revenue Service | | |
| Wells Fargo Bank, N.A.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Complaint and a decision having been rendered;

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby entered in accordance with the Court's March 14, 2017 Order.

March 15, 2017

Frank G. Johns, Clerk
United States District Court